UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY C. JORDAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3565** |
| **JACK STRAIN, ET AL.** | **SECTION: "C"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the objections by plaintiff to the Magistrate Judge's Reports and Recommendations, hereby approves the Report and Recommendation of the United States Magistrate Judge and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its opinions in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of August, 2009.

_____
**UNITED STATES DISTRICT JUDGE**